UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:09-cr-123-011 |
| v. | ) | |
| | ) | COLLIER / LEE |
| CRYSTAL MARIE HENLEY | ) | |
| | ) | |

### O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court find Defendant Crystal Marie Henley competent to understand the nature and consequences of the proceedings against her, able to assist in her defense, and competent to stand trial (Court File No. 276). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 276) pursuant to 28 U.S.C. § 636(b)(1) and finds Defendant competent to understand the nature and consequences of the proceedings against her, able to assist in her defense, and competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**