UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:09-cr-123-TRM-SKL-11 |
| | ) | |
| CRYSTAL MARIE HENLEY | ) | |

## **MEMORANDUM AND ORDER**

CRYSTAL MARIE HENLEY ("Defendant") appeared for a hearing on April 21, 2017, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision ("Petition").

Defendant was placed under oath and informed of her constitutional rights. It was determined that Defendant wished to be represented by an attorney and she qualified for appointed counsel. Attorney Samuel Robinson, III was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

The Government moved that Defendant be detained without bail pending her revocation hearing before U.S. District Judge McDonough. Defendant waived her preliminary hearing but requested a detention hearing and time to prepare for said detention hearing. The U.S. Marshal shall transport Defendant to said hearing, which will be held before the undersigned on April 27, 2017 at 2:00 p.m. Defendant shall be temporarily detained until her detention hearing as set forth in a separate order.

SO ORDERED.

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE